[No. 12070–1–I.  Division One.  April 22, 1985.]

*In the Matter of the Marriage of* PHYLLIS N. THOMAS, *Appellant, and* STEVEN N. THOMAS, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 81–3–03168–6, Daniel T. Kershner, J., entered July 7, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, A.C.J., and Swanson, J.